# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Preston J. Staffon | Case No.: 22-122 MJ<br><br>**CRIMINAL COMPLAINT** |

OTA 5/16/22

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the date of May 16, 2022, in the County of Maricopa in the District of Arizona, the defendant forcibly broke into or attempted to break into a post office, in violation of 18 U.S.C. § 2115, an offense described as follows:

The defendant did forcibly break into or attempted to break into a post office, or any building used in whole or in part as a post office, namely the Tempe Main Post Office located on East Southern Avenue in Tempe, AZ, with intent to commit in such post office, or building or part thereof, so used, any larceny or other depredation.

I further state that I am a Federal Agent from the U.S. Postal Inspection Service and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:    ☐ Yes    ☒ No

AUTHORIZED BY: AUSA Kristen Brook    *Kristen Brook* Digitally signed by Kristen Brook Date: 2022.05.17 08.45.48 -07'00'

Postal Inspector Anne E. Anderson    *Anne E Anderson*
Name of Complainant                     Signature of Complainant

Sworn to me telephonically

May 17, 2022                           at    Phoenix, Arizona
Date                                          City and State

HON. MICHELLE H. BURNS    *Michelle Burns*
United States Magistrate Judge
Name & Title of Judicial Officer    Signature of Judicial Officer

## STATEMENT OF PROBABLE CAUSE

I, Anne E. Anderson, being duly sworn and appointed as a U.S. Postal Inspector, depose and state:

(1) I am a U.S. Postal Inspector assigned to the U.S. Postal Inspection Service (USPIS) in Phoenix, Arizona, and have been employed by the USPIS since February 2015. I am presently tasked to investigate crimes that include violations of mail theft and external crime/burglary statutes.

(2) In addition to years of investigative experience, I received twelve weeks of Basic Inspector Training at the Career Development Unit located in Potomac, Maryland, that provided instruction on investigative techniques and burglary investigations. Additionally, over the course of my career I have attended numerous trainings to further my investigative knowledge and skill. I have worked with other Postal Inspectors and other agencies who have substantial experience related to investigating schemes that utilize the U.S. Mail, and the evidence that can be obtained as a result. My conclusions are based on the facts set forth in this affidavit, which I learned from my personal investigation and from other investigators in this case. Through my training and experience, I know it is a felony offense of Title 18 U.S.C. § 2115 for any person to forcibly break into or attempt to break into a post office, with intent to commit larceny or other depredation in such post office. This affidavit is made in support of a criminal complaint for Preston J. Staffon for violating Title 18 U.S.C. § 2115.

(3) On or about May 16, 2022, at approximately 1:15 a.m., National Law Enforcement Communication Center (NLECC) for the USPIS received a burglar alarm activation notification for the workroom floor at the Tempe Main Post Office located at 233 E Southern Ave., Tempe AZ 85282. NLECC contacted Tempe Police Department (TPD) who advised officers would be dispatched to the incident location.

(4) TPD arrived on scene at approximately 1:25 a.m., TPD Officers arrived on scene and saw an unknown male, later identified as Preston J. Staffon (Staffon), entering the Post Office lobby wearing gloves. TPD saw a sedan parked parallel to the Post Office with no one inside the vehicle. As TPD approached the building, contact was made with Staffon as he was exiting the Post Office carrying a large parcel, not addressed to or from Staffon. The parcel was addressed to J.W., at an

address in Tempe, AZ.

(5) TPD detained Staffon and cleared the scene. No other suspects were located. TPD read Staffon his Miranda Rights to which Staffon stated he understood his rights. Staffon first provided TPD with a fake name, before revealing his true identity. Staffon stated he was mailing a parcel at the Post Office and saw an interior door open and went inside.

(6) At approximately 2:21 a.m., NLECC contacted USPIS duty Inspector, to respond to assist TPD. Postal Inspectors responded at approximately 3:30 a.m. and took control of the scene.

(7) Postal Inspectors utilized law enforcement databases to determine the registered owner of the vehicle in the Tempe Post Office parking lot, a 2016 Audi A7, bearing a specific Arizona license plate. The information confirmed the registered owner as Staffon. Postal Inspectors asked Staffon for consent to search his vehicle. Staffon granted consent. Postal Inspectors could clearly see three parcels inside Staffon's front passenger side of the vehicle. Postal Inspectors uncovered the parcels in Staffon's vehicle, all of which were not addressed to or from Staffon. The three recovered parcels were addressed to: R.K. in North Geanby, CT; K.M. in Lancaster, NY: and R.A. on in Santa Rosa. CA. Staffon was not listed as the return address for any of the packages. Postal Inspectors could also clearly see burglary tools from the outside of the vehicle, and recovered those burglary tools and a black leather wallet on top of the laid down rear seats. TPD transported Staffon to the Tempe Jail. The vehicle search was concluded.

(8) Postal Inspectors reviewed video security footage from inside the Tempe Post Office lobby. Security footage showed two unknown individuals, what appeared to be one male and one female, in the lobby at approximately 12:37 a.m. placing a parcel in the outgoing mail. Both individuals left the building. Approximately twenty minutes later, the same male suspect is seen re-entering the Post Office lobby and was successful in gaining access to the workroom floor by utilizing a burglary tool through a dutch door. The dutch door is an employee only door, providing access from the workroom floor to the lobby. Upon further review, Postal Inspectors saw the male suspect carrying parcels from the workroom floor to the lobby. Postal Inspectors compared the suspect utilizing the burglary tool and carrying the stolen parcels in the security footage to Staffon

and determined it to be the same person. Postal Inspectors identified that the suspect in the security footage wore the same clothing, hat, and shoes, as Staffon was wearing at the time of arrest.

(9) Postal Inspectors assessed the damage to the interior dutch door. Postal Inspectors were able to determine damage consistent with the appearance of pry marks with what appeared as fresh damage to the dutch door, around the locking device.

(10) Postal Inspectors noticed a parcel inside the parcel drop box (located in the workroom floor), from the same sender as one of the stolen parcels recovered from Staffon's vehicle: Sender J.E., in Tempe, AZ, which was addressed to R.K. in North Geanby, CT.

(11) Based on the investigation to date, I submit that probable cause exists to believe Preston J. Staffon burglarized a Post Office and stole several parcels, in violation of Title 18 U.S.C. Section 2115.

I make this statement under penalty of perjury.

*Anne T. Anderson*
Postal Inspector Anne E. Anderson

Sworn to me telephonically this 17th day of May, 2022.

*Michelle Burns*
Honorable Michelle H. Burns
U. S. Magistrate Judge